**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DARIUS H. JAMES, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>TOGETHER COMPUTER, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:25-cv-09578-RFL<br><br>**JOINT STIPULATION AND [~~PROPOSED~~ ORDER] TO EXTEND TIME TO FILE ESI PROTOCOL** |

Pursuant to Local Rules 6-2, 7-12, and 16-2 and the Court's Civil Standing Order, Plaintiff Darius H. James ("Plaintiff") and Defendant Together Computer, Inc. ("Together AI") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiff filed his complaint (the "Complaint") on November 6, 2025 (Dkt. No. 1);

WHEREAS, Together AI filed its answer (the "Answer") on January 8, 2026 (Dkt. No. 22);

WHEREAS, the Parties submitted a Joint Case Management Statement and Rule 26(f) Report on February 11, 2026 (Dkt. No. 29), including proposed deadlines for the Parties to file a Stipulated ESI Protocol on March 24, 2026;

WHEREAS, the Court adopted the Parties' joint case schedule on February 19, 2026 (Dkt. No. 30), setting the close of fact discovery as March 30, 2027;

WHEREAS, the Parties submitted a previous Joint Stipulation and Proposed Order to Extend Time to File Stipulated Protective Order and ESI Protocol on March 24, 2026 (Dkt. 40);

WHEREAS, this Court extended the parties' time to file a Stipulated Protective Order and Stipulated ESI Protocol to April 7, 2026 (Dkt. 43);

WHEREAS, the Parties met-and-conferred in good faith on the Stipulated Protective Order and Stipulated ESI Protocol on April 1 and April 7, 2026;

WHEREAS, these conversations were productive and led to agreement on the Stipulated Protective Order, which was filed earlier today, ECF No. 44;

WHEREAS, the Parties have made significant progress in negotiating the terms of the ESI Protocol, but need more time to implement revisions, consult with their respective clients and vendors, and to meet and confer to come to an agreement on a suitable protocol;

WHEREAS, the Parties agree to a two-week extension to submit a proposed Stipulated ESI Protocol to the Court to April 21, 2026;

WHEREAS, this is the Parties' second request for an extension of time to file a Stipulated ESI Protocol;

WHEREAS, a continuance of this deadline will not affect any other deadlines in the case;

WHEREAS, the Court has not stated that no further extensions will be granted;

THEREFORE, based on the forgoing and subject to the Court's approval, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

The Parties' time to file a Stipulated ESI Protocol shall be extended by two weeks to April 21, 2026.


DATED: April 7, 2026                          Respectfully submitted,


                                              _/s/ Anne B. Shaver_____

                                              Lieff Cabraser Heimann & Bernstein LLP
                                              Daniel M. Hutchinson (SB # 239548)
                                              Anne B. Shaver (SB # 255928)
                                              Amelia H. Haselkorn (SB # 339633)
                                              Alison C. Fraerman (SB # 351981)
                                              275 Battery St., 29th Floor
                                              San Francisco, CA 94111
                                              Tel: (415) 956-1000
                                              Email: dhutchinson@lchb.com
                                              Email: ashaver@lchb.com
                                              Email: ahaselkorn@lchb.com
                                              Email: afraerman@lchb.com

                                              Rachel J. Geman (pro hac vice)
                                              Sean A. Petterson (pro hac vice)
                                              250 Hudson St., 8th Floor
                                              New York, NY 10013
                                              Tel: (212) 355-9500
                                              Email: rgeman@lchb.com
                                              Email: spetterson@lchb.com

                                              McGuire Law, P.C.
                                              Eugene Y. Turin (SB # 342413)
                                              1089 Willowcreek Road, Suite 200
                                              San Diego, CA 92131
                                              Tel: (312) 893-7002 Ex. 3
                                              Fax: 312-275-7895
                                              Email: eturin@mcgpc.com

                                              David L. Gerbie (pro hac vice)
                                              Jordan R. Frysinger (pro hac vice)
                                              Donald S. Cuba II (pro hac vice)
                                              55 W. Wacker Dr., 9th Fl.
                                              Chicago, IL 60601

Tel: (312) 893-7002
Fax: (312) 275-7895
Email: dgerbie@mcgpc.com
Email: jfrysinger@mcgpc.com
Email: dcuba@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*

DATED: April 7, 2026                        Respectfully submitted,


                                            */s/ Joseph R. Wetzel*

                                            **Latham & Watkins LLP**
                                            Joseph R. Wetzel (SBN 238008)
                                            Brittany N. Lovejoy (SBN 286813)
                                            505 Montgomery St., Suite 2000
                                            San Francisco, CA 94111
                                            Tel: (415) 395-8500
                                            Fax: (415) 395-8095
                                            Email: joseph.wetzel@lw.com
                                            Email: britt.lovejoy@lw.com

                                            Sarang Damle (pro hac vice)
                                            555 Eleventh St., NW, Suite 1000
                                            Washington, DC 20004
                                            Tel: (202) 637-2200
                                            Email: sy.damle@lw.com

                                            Cory D. Struble (pro hac vice)
                                            1271 Avenue of the Americas
                                            New York, NY 10020
                                            Tel: (212) 906-1895
                                            Email: cory.struble@lw.com


                                            *Attorneys for Defendant Together Computer, Inc.*


## L.R. 5-1 SIGNATURE ATTESTATION

As the ECF user whose user ID and password are utilized in the filing of this document, I attest

under penalty of perjury that concurrence in the filing of the document has been obtained from

each of the other signatories.

Date: April 7, 2026          */s/ Anne B. Shaver*
                                  Anne B. Shaver

JOINT STIPULATION
AND [~~PROPOSED~~] ORDER
CASE NO. 3:25-CV-09578-RFL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  **April 13**_____, 2026

_____
Hon. Rita F. Lin
United States District Judge