**LATHAM & WATKINS LLP**
Joseph R. Wetzel (SBN 238008)
Brittany N. Lovejoy (SBN 286813)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Tel: (415) 391-0600
Email: joseph.wetzel@lw.com
Email: britt.lovejoy@lw.com

Sarang V. Damle (*pro hac vice*) 555
Eleventh Street, NW, Suite 1000
Washington, D.C. 20004 Telephone:
(202) 637-2200
Email: sy.damle@lw.com

Cory D. Struble (*pro hac vice*)
1271Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: cory.struble@lw.com

*Attorneys for Defendant Together Computer, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DARIUS H. JAMES, JOSIE BROWN, KATIA LIEF, and JACINDA TOWNSEND GIDES individually and on behalf of similarly situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> TOGETHER COMPUTER, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:25-cv-09578-RFL <br><br> **STIPULATION TO EXTEND DEFENDANT TOGETHER COMPUTER, INC.'S TIME TO RESPOND TO AMENDED COMPLAINT** <br><br> Judge: Hon. Rita F. Lin <br><br> Complaint Filed: November 6, 2025 <br> Amended Complaint Filed: April 20, 2026 |

Pursuant to Civil Local Rule 6-1(a), which allows the parties to stipulate, without Court order, to extend the time to respond to a complaint, Plaintiffs Darius H. James, Josie Brown, Katia Lief, and Jacinda Townsend Gides ("Plaintiffs") and Defendant Together Computer, Inc. ("Together AI") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiff James filed his complaint (the "Complaint") on November 6, 2025 (Dkt. No. 1);

WHEREAS, Together AI filed its answer to the Complaint (the "Answer") on January 8, 2026 (Dkt. No. 22);

WHEREAS, Plaintiffs filed an amended complaint (the "Amended Complaint") on April 20, 2026 (Dkt. No. 48);

WHEREAS, the Parties stipulate to extend the deadline for Together AI to answer, move, or otherwise respond to the Amended Complaint from May 4, 2026, to May 20, 2026;

WHEREAS, the Parties' proposed extension will not impact any other pending deadlines;

WHEREAS, the Parties agree that this stipulation does not waive or otherwise prejudice any party's rights;

WHEREAS, the Parties agree that an extension of Together AI's time to respond is reasonable and serves the interests of judicial economy and efficiency;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

Defendant Together AI's time to file a response to the Amended Complaint shall be extended to May 20, 2026.

DATED: April 24, 2026                    Respectfully submitted,


                                          /s/ Joseph R. Wetzel


**Latham & Watkins LLP**
Joseph R. Wetzel (SBN 238008)
Brittany N. Lovejoy (SBN 286813)
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8500
Email: joseph.wetzel@lw.com
Email: britt.lovejoy@lw.com

Sarang Damle (pro hac vice)
555 Eleventh St., NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Email: sy.damle@lw.com

Cory D. Struble (pro hac vice)
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1895
Email: cory.struble@lw.com

*Attorneys for Defendant Together Computer, Inc.*

DATED: April 24, 2026

Respectfully submitted,

*/s/ Donald S. Cuba II*

**McGuire Law, P.C.**
Eugene Y. Turin (SB # 342413)
1089 Willowcreek Road, Suite 200
San Diego, CA 92131
Tel: (312) 893-7002 Ex. 3
Email: eturin@mcgpc.com

David L. Gerbie (pro hac vice)
Brendan Duffner (pro hac vice)
Jordan R. Frysinger (pro hac vice)
Donald S. Cuba II (pro hac vice)
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Email: dgerbie@mcgpc.com
Email: bduffner@mcgpc.com
Email: jfrysinger@mcgpc.com
Email: dcuba@mcgpc.com

**Lieff Cabraser Heimann & Bernstein LLP**
Daniel M. Hutchinson (SB # 239548)
Anne B. Shaver (SB # 255928)
Amelia H. Haselkorn (SB # 339633)
Alison C. Fraerman (SB # 351981)
275 Battery St., 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
Email: dhutchinson@lchb.com
Email: ashaver@lchb.com
Email: ahaselkorn@lchb.com
Email: afraerman@lchb.com

Rachel J. Geman (pro hac vice)
Sean A. Petterson (pro hac vice)
250 Hudson St., 8th Floor
New York, NY 10013
Tel: (212) 355-9500
Email: rgeman@lchb.com
Email: spetterson@lchb.com

*Attorneys for Plaintiffs and the Putative Class*

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Date: April 24, 2026        _/s/ Joseph R. Wetzel_
                              Joseph R. Wetzel

STIPULATION TO EXTEND TIME
TO RESPOND TO AMENDED COMPLAINT
Case No. 3:25-cv-09578-RFL