**LATHAM & WATKINS LLP**
JOSEPH R. WETZEL (SBN 238008)
BRITTANY N. LOVEJOY (SBN 286813)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Email: joe.wetzel@lw.com
Email: britt.lovejoy@lw.com

SARANG V. DAMLE (*Pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email: sy.damle@lw.com

CORY D. STRUBLE (*Pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: cory.struble@lw.com

*Attorneys for Defendant Together Computer, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DARIUS H. JAMES, JOSIE BROWN, KATIA LIEF, AND JACINDA TOWNSEND GIDES, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>TOGETHER COMPUTER, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:25-cv-09578-RFL<br><br>**JOINT STIPULATION AND [PROPOSED ORDER] TO WITHDRAW PORTIONS OF THE FIRST AMENDED COMPLAINT AND EXTEND DEFENDANT TOGETHER COMPUTER, INC.'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Civil Local Rules 6-2 and 7-12, the Court's Civil Standing Order, and Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Darius H. James, Josie Brown, Katia Lief, and Jacinda Townsend Gides ("Plaintiffs") and Defendant Together Computer, Inc. ("Together AI") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiff Darius H. James filed his complaint (the "Complaint") on November 6, 2025 (Dkt. No. 1);

WHEREAS, Together AI filed its answer to the Complaint (the "Answer") on January 8, 2026 (Dkt. No. 22);

WHEREAS, Plaintiffs filed the First Amended Complaint (the "FAC") on April 20, 2026 (Dkt. No. 48);

WHEREAS, the Parties stipulated to extend the deadline for Together AI to answer, move, or otherwise respond to the FAC from May 4, 2026, to May 20, 2026 (Dkt. No. 51);

WHEREAS, the FAC included new Prayers for Relief related to the Digital Millennium Copyright Act, specifically paragraphs (e), (f), and (g) seeking declaratory relief for violations of 17 U.S.C. § 1202(b) and damages under 17 U.S.C. § 1203(c) ("DMCA Prayers for Relief");

WHEREAS, on May 19, 2026, Together AI notified Plaintiffs of its intention to move to strike or dismiss Plaintiffs' DMCA Prayers for Relief;

WHEREAS, Plaintiffs responded that the DMCA Prayers for Relief were inadvertently included in the FAC;

WHEREAS, the Parties agreed to strike the DMCA Prayers for Relief from the FAC and extend the deadline for Together AI to answer the FAC from May 20, 2026, to June 3, 2026;

WHEREAS, this is Together AI's second request for an extension of time to file a responsive pleading to the FAC;

WHEREAS, the proposed extension will not impact any other pending deadlines;

WHEREAS, the Court has not stated that no further extensions will be granted;

WHEREAS, the Parties agree that this stipulation does not waive or otherwise prejudice any party's rights;

WHEREAS, the Parties agree that an extension of Together AI's time to respond is reasonable and serves the interests of judicial economy and efficiency;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

The DMCA Prayers for Relief are stricken from the FAC and Defendant Together AI's time to file a responsive pleading to the FAC shall be extended to June 3, 2026.

DATED: May 20, 2026                    Respectfully submitted,


                                       /s/ *Joseph R. Wetzel*

                                       **Latham & Watkins LLP**
                                       Joseph R. Wetzel (SB # 238008)
                                       Brittany N. Lovejoy (SB # 286813)
                                       505 Montgomery St., Suite 2000
                                       San Francisco, CA 94111
                                       Tel: (415) 395-8500
                                       Email: joseph.wetzel@lw.com
                                       Email: brittany.lovejoy@lw.com

                                       Sarang Damle (*pro hac vice*)
                                       555 Eleventh St., NW, Suite 1000
                                       Washington, DC 20004
                                       Tel: (202) 637-2200
                                       Email: sy.damle@lw.com

                                       Cory D. Struble (*pro hac vice*)
                                       1271 Avenue of the Americas
                                       New York, NY 10020
                                       Tel: (212) 906-1895
                                       Email: cory.struble@lw.com

                                       *Attorneys for Defendant Together Computer, Inc.*


DATED: May 20, 2026                    Respectfully submitted,


                                       /s/ *Daniel M. Hutchinson*


                                       **MCGUIRE LAW, P.C.**
                                       Eugene Y. Turin (SB # 342413)
                                       1089 Willowcreek Road, Suite 200
                                       San Diego, CA 92131
                                       Tel: (312) 893-7002 Ex. 3

Email: eturin@mcgpc.com

David L. Gerbie (*pro hac vice*)
Brendan Duffner (*pro hac vice*)
Jordan R. Frysinger (*pro hac vice*)
Donald S. Cuba II (*pro hac vice*)
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Email: dgerbie@mcgpc.com
Email: bduffner@mcgpc.com
Email: jfrysinger@mcgpc.com
Email: dcuba@mcgpc.com

**Lieff Cabraser Heimann & Bernstein**
Daniel M. Hutchinson (SB #239548)
Anne B. Shaver (SB #255928)
Amelia Haselkorn (SB #339633)
Alison C. Fraerman (SB # 351981)
275 Battery St., 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
Email: dhutchinson@lchb.com
Email: ashaver@lchb.com
Email: ahaselkorn@lchb.com
Email: afraerman@lchb.com
Rachel J. Geman (*pro hac vice*)
Sean A. Petterson (*pro hac vice*)
250 Hudson St., 8th Floor
New York, NY 10013
Tel: (212) 355-9500
Email: rgeman@lchb.com
Email: spetterson@lchb.com

*Attorneys for Plaintiffs and the Putative Class*

# L.R. 5-1 SIGNATURE ATTESTATION

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Date: May 20, 2026          /s/ *Joseph R. Wetzel*
                                    Joseph R. Wetzel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. Rita F. Lin
United States District Judge